

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nimal Susantha Diunugala, an individual,<br><br>                                    **Plaintiff,**<br>                              V.<br>See Attachment<br><br>                                    **Defendant.** | Civil Action No.   12cv2106-WQH-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Motion to Dismiss Plaintiff's Third Amended Complaint is granted with prejudice. The Clerk of the Court shall close the case.


Date:          3/25/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  N. Peltier
                                        N. Peltier, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  12cv2106-WQH-KSC

JP Morgan Chase Bank, N.A.; The Bank of New York Mellon Trust Company, N.A.; American Home Mortgage Servicing, Inc.; Power Default Services, Inc.; Does 1 through 10, inclusive,
Defendants.